

# Fourth Court of Appeals
## San Antonio, Texas

May 28, 2014

No. 04-14-00260-CV

**ONE (1) 1992 CHEVROLET PK, VIN. 1GCEC14Z4NE164549,**
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-13890
Honorable Peter A. Sakai, Judge Presiding

# O R D E R

Appellant's first motion for extension of time to file a brief is denied as moot because appellant's brief is not yet due. Appellant's brief will be due thirty days after the record is filed.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of May, 2014.

_____
Keith E. Hottle
Clerk of Court